MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL HAWTHORNE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | CASE NO.: 2:25-cv-02172-AC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment until November 14, 2025.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in October and requires an additional 14 days to prepare the motion for summary judgment in this case.

On October 30, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

1. Based on the foregoing, Plaintiff's counsel requests that the court grant his request for an extension of time.

DATE: October 30, 2025               Respectfully submitted,

By:   /s/ Margaret Lehrkind
      Margaret Lehrkind
      SBCA # 314717
      2625 Alcatraz Ave, # 208
      Berkeley, CA 94705
      Tel: 510-590-1907
      Margaret@LehrkindLawOffice.com


By:   /s/ Oscar Gonzalez de Llano
      Office of the General Counsel, SSA
      Office of Program Litigation, Office 7
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      510-970-4808
      Email: Oscar.gonzalez@ssa.gov

**IT IS SO ORDERED:**

Date: October 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2