| | |
|---|---|
| 1 | ERIC GRANT |
| | United States Attorney |
| 2 | MATHEW W. PILE |
| | Head of Program Litigation 1 |
| 3 | ROSEANNE GILLETTE, CSBN 251001 |
| 4 | Special Assistant United States Attorney |
| | Program Litigation 1 |
| 5 | Law & Policy |
| | Social Security Administration |
| 6 | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| 7 | Telephone:  (855) 295-8304 |
| 8 | Email: Roseanne.Gillette@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL HAWTHORNE, | Civil No. 2:25-cv-02172-AC |
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

DATED this 12th day of December, 2025

Respectfully submitted,

Dated: December 12, 2025          LEHRKIND LAW OFFICE

By: /s/ Margaret Lehrkind*
MARGARET LEHRKIND
Attorneys for Plaintiff
[*As authorized by e-mail on December 12, 2025]

Dated: December 12, 2025          ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy, Program Litigation 1

By:     /s/ Roseanne Gillette
ROSEANNE GILLETTE
Special Assistant United States Attorney
Attorneys for Defendant

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 15, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE